## Maddox *et al. v.* Tidwell & Pope *et al.*

Atkinson, J.—Under the facts appearing in the record in this cause, the order of the chancellor properly guards all the rights of the respective parties, and no error was committed in the appointment of a receiver or in requiring bond of the defendants.

May 15, 1895.  Brought forward from the last term.     *Judgment affirmed.*

Petition for injunction and receiver.  Before Judge Lumpkin.  Fulton county.  December 21, 1894.

Glenn & Maddox, for plaintiffs in error.  Smith & Pendleton, Payne & Tye and Mayson & Hill, *contra.*

---

## Matthews *v.* Willoughby.

Simmons, C. J.—The determination of this case depended entirely upon whether the jury believed the witnesses for the plaintiff or the witnesses for the defendant.  They having believed the former, and there being no error of law alleged, the case falls within the general rule that a verdict supported by evidence and approved by the trial judge will not be disturbed.     *Judgment affirmed.*

May 15, 1895.  Brought forward from the last term.

Bill in equity.  Before Judge McWhorter.  Madison superior court.  March term, 1894.

D. W. Meadow and B. J. Moseley, for plaintiff in error

---

## Pearce *v.* Pullen, administratrix.

Atkinson, J.—This case falls within the general rule that the discretion of a trial judge in the general grant of a first new trial will not be disturbed by this court.  ·     *Judgment affirmed.*

May 15, 1895.  Brought forward from the last term.

Action on notes.  Before Judge Harris.  Carroll superior court.  October term, 1893.

C. P. Gordon and Adamson & Jackson, for plaintiff.
W. D. Hamrick and W. F. Brown, for defendant.